# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-1448
_____

RAESHAUN T. JORDAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Columbia County.
Melissa G. Olin, Judge.


December 3, 2025

PER CURIAM.

AFFIRMED. *See* § 921.161, Fla. Stat.; *cf. Reynolds v. State,* 590 So. 2d 1043 (Fla. 1st DCA 1991).

OSTERHAUS, C.J., and BILBREY and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Raeshaun T. Jordan, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.